UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LATONYA POLLARD,

      Plaintiff,

v.                                                                      Case No:   6:18-cv-820-Orl-37TBS

ORLANDO HOUSING AUTHORITY,

      Defendant.

_____

## ORDER

      This case comes before the Court without a hearing on the parties' Joint Motion to Extend Deadlines (Doc. 20). Due to scheduling and childcare issues, the parties seek to extend the discovery deadline from May 6, 2019 to June 5, 2019; the mediation deadline from May 20, 2019 to June 12, 2019; and the deadline for filing dispositive motions from June 3, 2019 to June 19, 2019. This case is set on the Court's November 4, 2019 trial docket (Doc. 17 at 3).

      Motions to extend the deadlines established in the Case Management and Scheduling Order–"especially the discovery deadline–are disfavored and will be denied absent a showing of good cause and recitations concerning: **(a)** whether the motion is agreed or opposed; **(b)** the impact–if any–that the parties expect the deadline extension will have on the trial date and summary judgment deadline; **(c)** the specific reasons that any additional discovery is both necessary and could not be completed in the time allotted by this CMSO; and **(d)** the parties' agreement that **(i)** any evidence obtained in the extended discovery period will be unavailable for summary judgment purposes, and **(ii)** the extension will not be relied on in any way to support another motion to continue or to

extend a deadline." (Doc. 17 at 8). Although the motion satisfies these requirements the Court is not persuaded that FED. R. CIV. P. 16(b)(4) has been satisfied. Nevertheless, after due consideration, the motion is **GRANTED**. The new deadlines are June 5, 2019 for discovery; June 12, 2019 to mediate the case; and June 19, 2019 to file dispositive motions. The Court will apply FED. R. CIV. P. 16(b)(4) rigidly to any further requests for extensions of time. This Order may not be cited as grounds to modify any other deadline in the case.

      **DONE** and **ORDERED** in Orlando, Florida on March 21, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record